NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7087

JOHN W. THROWER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 07-1508, Judge Lawrence B. Hagel.

ON MOTION

ORDER

The court treats the informal brief submitted by John W. Thrower as a motion for leave to file the brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the brief is accepted for filing. The Secretary of Veterans Affairs should compute his brief due date from the date of filing of this order.

FOR THE COURT

JUL 0 2 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John W. Thrower
Michael D. Snyder, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 02 2009

JAN HORBALY
CLERK